## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Hillary Lawson v. Howard Rubin          Docket No.: 25-613

Lead Counsel of Record (name/firm) or Pro se Party (name): Brian J. Isaac, Esq. of Pollack Pollack Isaac & DeCicco, LLP

Appearance for (party/designation): Plaintiffs-Appellees Amy Moore and Emma Hopper

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
   Parties: _____
[ ] Incorrect. Please change the following parties' designations:
   Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:_____
Firm:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

## RELATED CASES

[ ] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are:_____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on January 21, 2025 _____ OR that [ ] I applied for admission on_____or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: *[signature]*
Type or Print Name: Brian J. Isaac, Esq.
     OR
Signature of pro se litigant: _____
Type or Print Name:_____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
        SS.:
COUNTY OF NEW YORK )

    I affirm this 18th day of March 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law. I am over 18 years of age, I am not a party to the action, and I reside in Kings County in the State of New York. I served a true copy of the annexed *Acknowledgment and Notice of Appearance for Brian J. Isaac, Esq. on behalf of Plaintiffs-Appellees Amy Moore and Emma Hopper* via First Class Mail, addressed to the last known address of the addressee as indicated below:

Natasha Tagai
1080 NE 215th Street, Apt. 213
Miami, FL 33179

Brittany Reyes
44 Merrill Avenue
East Brunswick, NJ 08816

Brittany Hassen
2928 West 5th Street, Apt. 7T
Brooklyn, NY 11224

*Danielle Henderson*
Danielle Henderson